FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUILDER SERVICES GROUP, INC., d/b/a GALE CONTRACTOR SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC LUNSTRUM, an individual; and GOLDEN CONTRACTOR SERVICES, LLC,<br><br>    Defendants. | NO. 1:19-cv-03054-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO EXPEDITE AND STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |

Before the Court are parties' Stipulated Motion for Dismissal Without Prejudice, ECF No. 34, and associated Stipulated Motion to Expedite Hearing on the Stipulated Motion for Dismissal Without Prejudice, ECF No. 35. Plaintiff Builder Services Group (BSG) and Defendant Lunstrum stipulate and request the Court dismiss all claims by and between BSG and Defendant Lunstrum without prejudice and without an award of costs or attorneys' fees. ECF No. 34 at 1. However, parties indicate that this dismissal has no impact on BSG's claims against Defendant Golden Contractor Services, LLC, because Golden is in the process of obtaining new counsel. ECF No. 34 at 1-2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of BSG and Lunstrum, the Court finds good cause to accept the stipulation and enter it into the record.

**ORDER GRANTING STIPULATED MOTION TO EXPEDITE AND STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Stipulated Motion to Expedite Hearing on the Stipulated Motion for Dismissal Without Prejudice, ECF No. 35, is **GRANTED**.

2. The Stipulated Motion for Dismissal Without Prejudice, ECF No. 34, is **ACCEPTED and ENTERED into the record**.

2. Claims brought by and between BSG and Eric Lunstrum are **DISMISSED** without prejudice and without an award of costs or attorneys' fees to either party.

3. Any pending motions as to claims between BSG and Eric Lunstrum are **dismissed as moot**.

4. This Order does not affect any of BSG's claims asserted against Golden Contractor Services, LLC.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and terminate Eric Lunstrum from this action.

**DATED** this 3rd day of October 2019.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO EXPEDITE AND STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** * 2