FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BUILDER SERVICES GROUP, INC., d/b/a GALE CONTRACTOR SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDEN CONTRACTOR SERVICES, LLC,<br><br>    Defendant. | No. 1:19-CV-03054-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation and Order of Dismissal of All Claims with Prejudice, ECF No. 60. The parties agree and request that all claims against Defendant should be dismissed with prejudice and without fees or costs to either party. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the joint wishes of the parties, the Court dismisses this case.

//
//
//
//
//
//
//

**ORDER DISMISSING CASE** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal of All Claims with Prejudice, ECF No. 60, is **ACCEPTED** and **ENTERED** into the record.

2. This case is **dismissed** with prejudice and without fees or costs to any party.

3. All deadlines are **VACATED,** and any pending motions are **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 22nd day of December 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE \* 2**